## CEFLA FINISHING AMERICA, INC. *v.* KITCHENS AND BATHS BY CAM, LLC
### (AC 35428)

Alvord, Keller and Pellegrino, Js.

Argued February 18—officially released March 18, 2014

Defendant's appeal from the Superior Court in the judicial district of Fairfield, *Levin, J.; Hon. Richard P. Gilardi*, judge trial referee.

Per Curiam. The judgment is affirmed.

## JORDEN WILLIAMS *v.* COMMISSIONER OF CORRECTION
### (AC 35113)

DiPentima, C. J., and Gruendel and Beach, Js.

Argued February 18—officially released March 18, 2014

Petitioner's appeal from the Superior Court in the judicial district of Tolland, *Newson, J.*

Per Curiam. The appeal is dismissed.

## DAVID PALMER *v.* COMMISSIONER OF CORRECTION
### (AC 34399)

Gruendel, Alvord and Bishop, Js.

Argued February 19—officially released March 18, 2014

Petitioner's appeal from the Superior Court in the judicial district of Tolland, *Newson, J.*

Per Curiam. The appeal is dismissed.